**DENIED AS WITHDRAWN.**
**SIGNED this 8th day of October, 2020**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

In re:    FRANKLIN DELANO ROBINSON JR        No. 20-10027 NWW
                Debtor(s)                     Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having filed a motion to dismiss this chapter 13 case pursuant to 11 U.S.C. §1307(c) and after notice and a hearing, the court directs the following:

1. The motion to dismiss is granted and this case is hereby dismissed.

2. Any wage order previously entered by this court is vacated, and the employer or other entity must cease withholding income for payment to the trustee.

3. If an order confirming a plan has been entered, the chapter 13 trustee is directed to disburse the balance of funds on hand in conformance with that plan. Otherwise, the chapter 13 trustee is directed to return those funds to the debtor(s) after payment of administrative expenses, including the filing fee as required by E.D. Tenn. LBR 5080-1.

###

APPROVED FOR ENTRY BY:

s/ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN  37401
(423) 265-2261